UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| MICROFILM SYSTEMS, INC. | CIVIL ACTION NO. 5:23-cv-00690 |
|---|---|
| VERSUS | JUDGE EDWARDS |
| GOTHAM INSURANCE COMPANY | MAGISTRATE JUDGE HORNSBY |

### ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss with Prejudice filed by the parties, Plaintiff, Microfilm Systems, Inc., and Defendant, Gotham Insurance Company, (R. Doc. 59);

**IT IS HEREBY ORDERED** the Joint Motion to Dismiss with Prejudice is **GRANTED**.

**IT IS FURTHER ORDERED THAT** all claims asserted in the above-captioned matter by the Plaintiff, Microfilm Systems, Inc., against the Defendant, Gotham Insurance Company, are dismissed with prejudice and with each party to bear its own costs.

**THUS DONE AND SIGNED** this 24th day of September, 2024.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**